UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Mad-Waste, Inc.

Case No. 02-11319-LMI
Chapter 7

MAR 13 2009

_____Debtor_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, __Peter R. Butler of El Dorado Locators__, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ __3,378.31__, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of __Jefferson Smurfit Corporation__. Applicant further states that:

1.   (Indicate one of the following items:)

___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under

LF-27 (rev. 06/02/08)     Page 1 of 3

| FINANCIAL OFFICE REVIEW | | | |
|---|---|---|---|
| Application Received | Date: 3/13/09 | Initials: | |
| Payment Approved | Date: 3/17/09 | Initials: | |
| Forwarded to Judge | Date: 3/17/09 | Initials: | |
| Accounting Code | 6047 BK | | |

whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

__✓__ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

__ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 3-3-09

Jefferson Smurfit Corporation
Name Under Which Funds Were Deposited

INCE-018, MED-018
Claim Number

Smurfit-Stone Container Corp.
Name of Party On Whose Behalf Application Was Filed*

Address: 6 City Place Dr.
Creve Coeur, MO 63141

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# 8063

Tax ID (EIN #)_____

Peter R. Butler, Attorney-in-Fact
Print Name and Title of Applicant

El Dorado Locators
Print Company Name

2521 Cold Creek Trail
Print Street Address

South Lake Tahoe, CA 96150
Print City and State

530-544-3851
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on March 3, 2009

_____ Angela Jara
NOTARY PUBLIC-AT-LARGE
STATE OF California


ANGELA JARA
Commission # 1725642
Notary Public - California
El Dorado County
My Comm. Expires Feb 17, 2011

# LIMITED POWER OF ATTORNEY
## LIMITED TO ONE TRANSACTION ONLY

I/we, the undersigned, affirm my/our authority to sign this document on behalf of **Smurfit-Stone Container Corporation**.

Under this authority, in order to receive certain funds owed according to public records, and acknowledging that these funds, whether held as excess proceeds from sale of assets or as outstanding, or over-aged warrants, dividends, stale-dated checks, or bankruptcy proceeds, that are collectible by **Smurfit-Stone Container Corporation** as owner or payee directly thereof, **DOES HEREBY APPOINT**

**El Dorado Locators / Peter R. Butler, 2521 Cold Creek Trail, South Lake Tahoe, CA 96150**

as my/our Agent and true and lawful Attorney-in-Fact, to act in my/our name and place, and for my/our benefit and on my/our behalf with limited authority and power to do the following:

A: Seek recovery of the uncashed, stale-dated, unclaimed or undelivered funds held by the United States Bankruptcy Court, Southern District of Florida, in the amounts of **$994.65 and $2,383.66. The funds are related to Case # 02-11319, Debtor: Med Waste, Inc., Creditor: Jefferson Smurfit Corporation.**

B: Secure, by all means convenient and lawful, the re-issuance and/or possession of the funds described above. To accomplish this limited purpose, I/we give **El Dorado Locators / Peter R. Butler** the authority to sign, execute, acknowledge, and deliver the required claim affidavits, petitions, and any other documents reasonably requested, and subsequently to obtain any and all documentation regarding the disposition of the warrant after it is delivered. In no case shall this Attorney-in-Fact or their appointees incur any financial obligation or expense on my/our behalf.

MAR 13 2009

Date: February 20, 2009

Printed Name: Craig A. Hunt

Signature: _[signed]_

Title: Senior Vice President, Secretary and General Counsel

Company: Smurfit-Stone Container Corporation

Address: 6 CityPlace Drive, Creve Coeur, Missouri 63141

Phone No. 314-656-5300

STATE OF: Missouri

COUNTY OF: St. Louis

On February 20, 2009, before me, _M. Monica Lavy_ (NOTARY PUBLIC), personally appeared Craig A. Hunt (NAME), the individual herein named, personally known to me (or proved to me on the basis of sufficient evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her signature on the instrument the person or entity upon behalf of which the person acted, executed the instrument.

**WITNESS** my hand and official seal  (SEAL)   My commission expires:

M. MONICA LAVY
My Commission Expires
April 8, 2010
St. Charles County
Commission #06435942

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                    Case No. 02-11319-LMI
                                          Chapter 7
Med-Waste, Inc.

_____ Debtor ___/

## AFFIDAVIT OF CLAIMANT

I, Craig A. Hunt _____, am (indicate status of claimant)

( ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____,
a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

(X) the duly authorized representative for the claimant "business" ~~Smurfit-Stone Container Corporation~~ ; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____,
a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to _____,
a "funds locator" or attorney, to submit an application on my behalf; or

(X) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to Peter R. Butler / El Dorado Locators a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ 3,378.31 deposited in this court in the name of Jefferson Smurfit Corp. and representing claim number 18 (if no claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of

LF-28 (rev. 06/02/08)            Page 1 of 2

ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

    3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

    I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 2/20/09

_____
signature of claimant or representative of "business" claimant
Craig A. Hunt
print name
Sr. VP, Secretary, General Counsel
title

0675
_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

6 City Place Drive, Creve Coeur, MO 63141
_____
address

314-656-5300
_____
Phone number


_____
signature of joint debtor (if applicable)


_____
print name


_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

Sworn to and Subscribed before me on 2/20/09.

/s/ M. Monica Lavy
NOTARY PUBLIC, AT LARGE

STATE OF Missouri

M. MONICA LAVY
My Commission Expires
April 8, 2010
St. Charles County
Commission #06435942

LF-28 (rev. 06/02/08)    Page 2 of 2



**Craig A. Hunt**
Senior Vice President, Secretary
and General Counsel

chunt@smurfit.com
www.smurfit-stone.com

**Smurfit-Stone**
**Container Corporation**
Six City Place Drive
Creve Coeur, MO 63141

314-656-5361
314-787-6239 *Fax*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

# 280077

*In re:*

CASE NO. 02-11319-BKC-AJC
Chapter 7

**Med/Waste, Inc.**

Debtor(s).
_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

(x)     The Trustee has a balance of $10,947.70 remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under Section 726, 1226, or 1326 of Title 11 in a case under Chapter 7, 12, Or 13 of Title 11. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )     The Trustee has a balance of $0.00 which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers, and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this __4__ of December, 2008 to Steven Turner, Assistant U.S. Trustee, 51 Southwest First Avenue, 12th Floor, Miami, Florida 33130.

Alan L. Goldberg, Trustee
111 SW Third Street
Suite 701
Miami, Florida 33130
Telephone: (305) 372-1100
Facsimile: (305) 372-0188

Case 02-11319-BKC-AJC
Med Waste, Inc.

| Claim Number | Claimant Name | Check Number | Check Amount |
|---|---|---|---|
| INCE-005 | Al Bean Truck Repair Inc<br>459 I St NW<br>Washington DC 20001 | 484 | $ 108.75 |
| INCE-018 | Jefferson Smurfit Corp<br>401 Alton St<br>Alton IL 62002 | 483 | $ 2,383.66 |
| INCE-021 | Penske Truck Leasing Co LP<br>POB 105040<br>Tucker GA 30085 | 481 | $ 591.20 |
| MED-022 | Penske Truck Leasing Co LP<br>POB 105040<br>Tucker GA 30085 | 480 | $ 631.73 |
| MED-006 | Thomas Plastics Inc.<br>2311 Thomas St<br>Hollywood FL 33020 | 482 | $ 16.72 |
| MED-023 | Penske Truck Leasing Co LP<br>POB 105040<br>Tucker GA 30085 | 479 | $ 2,886.94 |
| SSC-003 | Gregory Poole Industrial Div.<br>Processing Center<br>PO Box 601506<br>Charlotte NC 28260-1506 | 478 | $ 51.56 |
| TAR-001 | Paper Products Co<br>POB 7066<br>Mobile AL 36670 | 477 | $ 66.04 |
| MAL-007 | Gregory Grizzard<br>3908 Buttercup Dr #A<br>Huntsville AL 35805 | 476 | $ 51.91 |
| MED-015 | Raymond K Britain<br>POB 817<br>Jacksonville NC 28541 | 475 | $ 65.12 |
| INCE-022 | Acsys Resources Inc<br>POB 631267<br>Baltimore MD 21263 | 474 | $ 671.85 |
| SSC-017 | Penske Truck Leasing Co<br>c/o Jim Petka<br>2295 Parklake Dr NE<br>Atlanta GA 30345 | 473 | $ 762.60 |

| | | | | |
|---|---|---|---|---|
| SVA-015 | Penske Truck Leasing Co LP<br>POB 105040<br>Tucker GA 30085 | 472 | $ | 1,554.50 |
| MED-018 | Jefferson Smurfit Corp<br>401 Alton St<br>Alton IL 62002 | 471 | $ | 994.65 |
| MED-048A | Floyd E Bailey<br>209 East Hazeldale Ave<br>New Castle DC 19720 | 470 | $ | 110.47 |
| | **Total of all checks** | | **$** | **10,947.70** |

FORM B10 (Official Form 10)(04/01) as revised as local form 61(01/02), USBC, SDFL.

## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA

| Name of Debtor | Case Number |
|---|---|
| Med/Waste, Inc. | 02-11319 - BKC - AJC |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**IMPORTANT:** BAR CODED CLAIM FORM CAN ONLY BE USED BY THE CREDITOR WHOSE NAME IS PRINTED ON THIS CLAIM FORM.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Jefferson Smurfit Corp

Name and Address where notices should be sent:

Jefferson Smurfit Corp
Attn: Credit Dept.
401 Alton St.
Alton, IL 62002

Telephone Number: 618 463-6131

- ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- ☐ Check box if you have never received any notices from the bankruptcy court in this case.
- ☒ Check box if the address differs from the address on the envelope sent to you by the court.

02-11319

5202685

Account or other number by which creditor identifies debtor:
73287500

Check here if ☐ replaces ☐ amends a previously filed claim, dated _____
this claim

### 1. Basis for Claim
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)        (date)

MAR 12 02

**2. Date debt was incurred:** 11/01 thru 1/02

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 21,077.32

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate  ☐ Motor Vehicle
- ☐ Other _____

Value of Collateral:  $ _____

Amount of arrearage and other charges at the time the case was filed included in secured claim, if any: $ _____

### 6. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $ 2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach legible copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Supporting documents should not exceed 5 pages (See reverse for instructions)*

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. Research and/or copy charges will apply for future copy requests of claims.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 3-7-02 | *James D. Handley* — James D. Handley, Corporate Credit Mgr. |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

File claim with bankruptcy clerk's office where judge assigned to case is chambered.

017839

# MINUTES OF REGULAR MEETING OF
# THE BOARD OF DIRECTORS OF
# SMURFIT-STONE CONTAINER CORPORATION
# HELD DECEMBER 11, 2008
# AT CHICAGO, ILLINOIS

The regular meeting of the Board of Directors of Smurfit-Stone Container Corporation (the "Corporation") was held at the offices of the Corporation in Chicago, Illinois, convening at the hour of 9:00 a.m. on December 11, 2008. Patrick J. Moore served as Chairman of the meeting and Craig A. Hunt, Secretary, recorded the proceedings.

Mr. Hunt then reported on certain legal matters, including (a) the appointment of officers;

<strong>ATTACHMENT I</strong>

### A.  Appointment of Officers

**RESOLVED,** that the persons set forth on Schedule A attached hereto are hereby appointed to serve as officers of the Corporation in the capacities set forth opposite their name, to serve until the earlier of their death, resignation or retirement.

*SCHEDULE A*

*December 11, 2008*

**Smurfit-Stone Container Corporation**
**Smurfit-Stone Container Enterprises, Inc.**

**Corporate Officers**

| Name | Office |
|---|---|
| Patrick J. Moore | Chairman of the Board and Chief Executive Officer |
| Steven J. Klinger | President and Chief Operating Officer |
| Mathew J. Blanchard | Senior Vice President and General Manager – Board Sales |
| Ronald D. Hackney | Senior Vice President – Human Resources |
| Charles A. Hinrichs | Senior Vice President and Chief Financial Officer |
| Craig A. Hunt | Senior Vice President, Secretary and General Counsel |
| Mack C. Jackson | Senior Vice President and General Manager – Containerboard Mill Division |
| Paul K. Kaufmann | Senior Vice President – Corporate Controller |
| John L. Knudsen | Senior Vice President – Corporate Strategy |
| Susan M. Neumann | Senior Vice President – Communications |
| Mark R. O'Bryan | Senior Vice President – Strategic Initiatives & Chief Information Officer |
| Michael R. Oswald | Senior Vice President and General Manager – Recycling Division |
| Steven C. Strickland | Senior Vice President – Container Operations |
| Christopher J. Brescia | Vice President – Government Affairs |
| Peter F. Burke | Vice President – Global Logistics |
| Nina E. Butler | Vice President – Environmental Affairs |
| James S. Chou | Vice President and Division Controller |
| Matthew T. Denton | Vice President – Financial Planning and Analysis |
| David P. Harrison | Vice President – Strategic Sourcing |
| John A. Haudrich | Vice President – Investor Relations |
| Douglas M. Keim | Vice President – Innovation and Chief Marketing Officer |
| Kenneth E. Kushibab | Vice President and Division Controller |
| Joseph V. LeBlanc | Vice President – Research and Development |
| Paul W. McCann | Vice President – Asia |
| E. Larry Quatmann | Vice President – Internal Audit |
| Regina G. Wyse | Vice President and Division Controller |
| Ronald J. Megna | Assistant Secretary |

FROM CT WILMINGTON - 302_655_4236   GROUP 6   (MON)11. 1'04 15:16/ST. 15:12/NO. 4260103612 P 17



PAGE  1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"JEFFERSON SMURFIT CORPORATION (U.S.)", A DELAWARE CORPORATION,

WITH AND INTO "STONE CONTAINER CORPORATION" UNDER THE NAME OF "SMURFIT-STONE CONTAINER ENTERPRISES, INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE FIRST DAY OF NOVEMBER, A.D. 2004, AT 1:40 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

2123437  8100M

040786264

AUTHENTICATION: 3447379

DATE: 11-01-04

FROM CT WILMINGTON - 302_655_4236    GROUP 6    (MON) 11. 1' 04 15:16/ST. 15:12/NO. 4260103612 P 18

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 01:25 PM 11/01/2004*
*FILED 01:40 PM 11/01/2004*
*SRV 040786264 - 2123437 FILE*

## CERTIFICATE OF MERGER
## MERGING
## JEFFERSON SMURFIT CORPORATION (U.S.).
## INTO
## STONE CONTAINER CORPORATION

Pursuant to Section 251 of the General
Corporation Law of the State of Delaware

----------

STONE CONTAINER CORPORATION, a corporation formed under the laws of the State of Delaware, DOES HEREBY CERTIFY as follows:

FIRST, that the name and state of incorporation of each of the constituent corporations of the merger is as follows:

STONE CONTAINER CORPORATION, a Delaware corporation

JEFFERSON SMURFIT CORPORATION (U.S.), a Delaware corporation

SECOND, that an agreement of merger between the parties to the merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations in accordance with the requirements of section 251 of the General Corporation Law of Delaware.

THIRD, that the name of the surviving corporation of the merger is STONE CONTAINER CORPORATION, which shall therewith be changed to SMURFIT-STONE CONTAINER ENTERPRISES, INC.

FOURTH, that Article 1 of the Restated Certificate of Incorporation of STONE CONTAINER CORPORATION, the surviving corporation, shall be amended as follows:

"First, the name of the corporation is Smurfit-Stone Container Enterprises, Inc."

CHI:1437337.3

FIFTH, that the executed agreement of merger is on file at an office of the surviving corporation, the address of which is 150 North Michigan Avenue, Chicago, Illinois 60601-7568.

SIXTH, that a copy of the agreement of merger will be furnished by the surviving corporation, on request and without cost, to any stockholder of any constituent corporation.

SEVENTH, that this Certificate of Merger shall be effective immediately upon its filing on November ___1___, 2004.

IN WITNESS WHEREOF, said STONE CONTAINER CORPORATION has caused this Certificate of Merger to be executed by its officers thereunto duly authorized this 1st day of November, 2004.

STONE CONTAINER CORPORATION

By: _____

Name: CHARLES A. HINRICHS

Title: VICE PRESIDENT AND CHIEF FINANCIAL OFFICER

CHI:1437337.3