UNCLAIMED FUNDS
CASE No. 02-11319-LMI

|  | Claim | Amount |
|---|---|---|
| Alabama Industrial Maintenance & Machine<br>POB 2688<br>Decatur AL 35602 | 19 | $28.46 |
| Bridgefield Casualty Ins – GA<br>PO Drawer 988<br>Lakeland FL 33802 | 30 | $9.31 |
| Duane Morris<br>c/o Paul Orshan<br>200 S. Biscayne Bvld<br>Suite 3400<br>Miami FL 33131 | 42 | $14.98 |
| Vincent Echerer<br>c/o Kelli Sullivan Esq<br>POB 1421<br>Columbia SC 29202 | 70 | $11.80 |
| Ross M. Johnston<br>1000 Quayside Terrace # 1412<br>Miami FL 33138 | 77 | $8.94 |
| Union Planters Bank NA<br>c/o Noam J. Cohen, Esq.<br>848 Brickell Ave #1100<br>Miami, FL 33131 | 95 | $17,326.49 |
| LARRY PARKER<br>49 TEABERRY LANE<br>ELGIN, SC 29045 | 115 | $97.04 |
| PENSKE TRUCK LEASING CO<br>PO BOX 105040<br>TUCKER, GA 30085 | 132 | $11.21 |
| FRED KELLER, TRUSTEE<br>C/O MICHAEL A. DINKIN, ESQ.<br>8295 N MILITARY TRAIL #A<br>PALM BEACH GARDENS, FL 33410 | 138 | $8.73 |

LF-26 (rev. 12/01/02)